BLANE A. SMITH (SBN 96795)
EMMANUEL R. SALAZAR (SBN 240794)
JOHN L. HALL (SBN 235964)
**FARMER SMITH & LANE, LLP**
3620 American River Drive, Suite 218
Sacramento, CA 95864
Telephone: (916) 679-6565/Fax: (916) 679-6575
E-mail: bsmith@farmersmithlaw.com

Attorneys for Plaintiffs
JEFF DRAZAN, RORY O'DRISCOLL, and FRONTBRIDGE TECHNOLOGIES, INC.

## THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| JEFF DRAZAN, RORY O'DRISCOLL, and FRONTBRIDGE TECHNOLOGIES, INC. Plaintiffs, vs. HOUSTON CASUALTY COMPANY Defendant. | Case No. CV 09 5685 **VOLUNTARY DISMISSAL WITH PREJUDICE** |
|---|---|

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs, JEFF DRAZAN, RORY O'DRISCOLL, AND FRONTBRIDGE TECHNOLOGIES, INC. and Defendant HOUSTON CASUALTY COMPANY, pursuant to FRCP Rule 41(a), give notice of dismissal of this action, with prejudice.

///
///
///
///
///

- 1 -
**VOLUNTARY DISMISSAL WITH PREJUDICE**

22902

| | |
|---|---|
| | Respectfully submitted, |
| Dated: March 15, 2010 | FARMER, SMITH & LANE, LLP |
| | By: _____ |
| | Blane A. Smith |
| | Attorney for Plaintiffs |
| | JEFF DRAZAN, RORY O'DRISCOLL and FRONTBRIDGE TECHNOLOGIES, INC. |

- 2 -
**VOLUNTARY DISMISSAL WITH PREJUDICE**

22902